JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL ERNEST GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT IMPOLA, CITY OF RIVERSIDE, and DOES 1 to 10,<br><br>　　　　Defendants. | CASE NO. EDCV 11-01008 R (Ex)<br><br>**ORDER DISMISSING CITY OF RIVERSIDE WITH PREJUDICE AND REMANDING MATTER TO RIVERSIDE SUPERIOR COURT** |

　　Good cause appearing therefor

　　IT IS ORDERED that defendant City of Riverside is dismissed with prejudice in exchange for a mutual waiver of costs and fees.

　　IT IS FURTHER ORDERED that this matter is remanded to Riverside Superior Court (Case No. RIC 1109712).

　　IT IS FURTHER ORDERED that the Order To Show Cause (Document 13) for April 9, 2012 is VACATED.

　　The parties shall bear their own costs and fees.

DATED: April 3, 2012

　　　　　　　　　　　　　　　　　Hon. Manuel Real
　　　　　　　　　　　　　　　　　United States District Judge